UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANIQUE SMITH, individually and on behalf of herself and others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. 3:23-cv-01069<br>)<br>) |
| WAREHOUSE HOME FURNISHINGS DISTRIBUTORS, INC., d/b/a FARMER'S HOME FURNITURE, | )<br>)<br>)<br>) |
| Defendant. | ) |

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice. (Doc. No. 17). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE